◼ CAPITAL DISTRICT SAND & GRAVEL Co., INC., Respondent, v ROCCO FERRAN, Appellant.—Appeal from an order of the Supreme Court at Special Term, entered February 24, 1976 in Albany County, which denied defendant's motion to vacate a default judgment. The record establishes that

Special Term was correct in its conclusion that the defendant has not shown a valid excuse for his default and has not demonstrated a meritorious defense. As the opening of a default is discretionary, and the defendant has not met both conditions prerequisite to the relief sought, Special Term's refusal to open the default was not an abuse of discretion *(United Ind. Corp. v Shreiber,* 51 AD2d 688; *Doroski v Mintler,* 49 AD2d 990; *State Bank of Albany v Guiseppi Estates,* 44 AD2d 878; *Harris v Harris,* 35 AD2d 894). Order affirmed, without costs. Koreman, P. J., Greenblott, Main, Larkin and Herlihy, JJ., concur.